JIM LARSEN, ESQ., C.S.B. 127744
GILLIN, JACOBSON, ELLIS, LARSEN & LUCEY
Two Theatre Square, Suite 230
Orinda, California 94563
Telephone: (925) 253-5800
Facsimile: (925) 253-5858

Attorneys for Plaintiff
ARTHUR BONIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR BONIN,<br><br>        Plaintiff,<br>vs.<br><br>JOSEPH ELETTO TRANSFER, INC., et al.<br><br>        Defendants. | Case No.: 4:13-cv-00997-KAW<br><br>**STIPULATION TO PERMIT REMAND OF ACTION TO SUPERIOR COURT OF THE COUNTY OF ALAMEDA, STATE OF CALIFORNIA; AND ORDER REMANDING ACTION** |

The parties herein, through their counsel, hereby stipulate as follows:

1. Through discovery in this action, plaintiff's counsel for the first time learned the true names of defendants resident in the State of California, who are non-diverse parties.

2. Therefore, good cause exists for this Court to remand this action to the Superior Court of California, County of Alameda, in order to permit amendment of the complaint there to add these non-diverse parties as defendants.

3. The originally filed case number of this action in the Alameda County Superior Court was No. RG12656603. Remand of this action to the existing case number will preserve the existing rights of the parties.

4. This action should therefore, subject to Court order, be remanded to proceed and continue in the Alameda Superior Court under that number.

DATED: July 17, 2013     GILLIN, JACOBSON, ELLIS, LARSEN & LUCEY

By: _____
JIM LARSEN
Attorney for Plaintiff
ARTHUR BONIN

DATED: July 11, 2013     CESARI, WERNER AND MORIARTY

By: _____
ANDREW S. WERNER
Attorneys for Defendant
JOSEPH ELETTO TRANSFER, INC.

## ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT

Pursuant to stipulation, IT IS SO ORDERED. This action is, in its entirety, remanded to the Superior Court of Alameda County, State of California, where it was previously referenced as No. RG12656603.

DATED: 7/22/13     _____
JUDGE OF THE U.S. DISTRICT COURT